### STATE of Missouri, Respondent,

v.

### Melvis PALMER, Defendant/Appellant.

### No. ED 75370.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 11, 2000.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Bank.

Before: MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J. and ROBERT E. CRIST, Sr., J.

## *ORDER*

PER CURIAM.

Defendant appeals his resentence for the offense of sodomy in violation of section 566.060 RSMo Cum.Supp.1993. After remand, the trial court sentenced defendant, as a prior and persistent offender, to a term of twenty years' imprisonment.

No error of law appears. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).